103106uN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ROLAND ROBERTSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ANAMOSA STATE PENITENTIARY MEDICAL CENTER,<br><br>    Defendant. | No. C06-150-EJM<br><br>ORDER |

This matter is before the court on plaintiff's Application to Proceed in Forma Pauperis, filed October 27, 2006. Dismissed unless supplemented in accordance herewith.

Plaintiff brings this action pursuant to 42 USC §1983 to redress the alleged deprivation of his constitutional rights. The court has jurisdiction pursuant to 28 USC §1331.

Plaintiff seeks leave to proceed in forma pauperis pursuant to 28 USC §1915. To be permitted to proceed in forma pauperis, plaintiff is required to submit a certified copy of his institutional inmate trust fund account (or institutional equivalent) for the six-month period immediately preceding the filing of this matter, obtained from the appropriate prison official. 28 USC§1915(a)(2). Plaintiff has not done so, and shall be required to do so if he wishes to proceed with this action.

The court further notes that if plaintiff wishes to proceed with this matter, a prisoner who is granted leave to proceed in forma pauperis will nevertheless be required to pay the full $350 filing fee, and that fee will be collected in installments from the prisoner's institutional account pursuant to the applicable law. The fee will be collected in any event, even if the court dismisses the case as frivolous or malicious, or if the

court finds the action fails to state a claim upon which relief may be granted. If plaintiff wishes to proceed with this matter, he shall submit a certified copy of his inmate account in accordance herewith by not later than Friday, November 17, 2006.

It is therefore

ORDERED

Dismissed unless plaintiff submits a certified copy of his inmate account by not later than Friday, November 17, 2006.

October 31, 2006.

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT